

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN THE MATTER § No. 08-16-00171-CV

OF THE ESTATE § Appeal from the

OF ODIS M. HOLIMAN § 112th District Court

§ of Upton County, Texas

§ (TC# 14-06-U4361-OTH)

§

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Jeanette Marie Paige, to dismiss her appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

December 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.